U.S. MAGISTRATE JUDGE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SUZANNA LEE MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C26-5549-SKV<br><br>[~~PROPOSED~~] ORDER OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), Dkt. 20, and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated this 28th day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge